1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

13  NORMAN MEYERSON,

14                Plaintiff,

15  v.

16  LAKES ENTERTAINMENT, INC. a Minnesota Corporation; SHINGLE SPRINGS BAND OF MIWOK INDIANS; RED HAWK CASINO; and DOES 1 through X, inclusive,

18                Defendants.

Case No.: 2:10-CV-01419-JAM-GGH

Action filed: July 6, 2010

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR PARTIES TO FILE A JOINT STATUS REPORT UNTIL SIXTY DAYS AFTER SERVICE OF COMPLAINT ON ALL NAMED DEFENDANTS**

Judge: Hon. John A. Mendez

19
20
21
22
23
24
25
26
27
28

-1-
**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR PARTIES TO FILE A JOINT STATUS REPORT UNTIL SIXTY DAYS AFTER SERVICE OF COMPLAINT ON ALL NAMED DEFENDANTS**

PDF created with pdfFactory trial version www.pdffactory.com

The Court, having considered the "Stipulation to Extend Deadline for Parties to File a Joint Status Report Until Sixty Days After Service of Complaint on All Named Defendants," rules as follows:

Plaintiff and all named Defendants shall have an extension of time up to and including October 22, 2010, to submit to the Court a Joint Status Report.

IT IS SO ORDERED.

DATED:  August 27, 2010                    /s/ John A. Mendez_____
                                           Honorable John A. Mendez

PDF created with pdfFactory trial version www.pdffactory.com