John D. Moore, Esq.
California State Bar No. 239407
LAW OFFICES OF MICHAEL B. SPRINGER, PC
9628 Prototype Court
Reno, NV 89521
(775) 786-7445 telephone
(775) 786-7947 fax
jdmoore@springerlawnevada.com
Attorney for Plaintiff Norman Meyerson

**FILED**

OCT 20 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NORMAN MEYERSON,

    Plaintiff,

v.

LAKES ENTERTAINMENT, INC.
a Minnesota corporation; SHINGLE
SPRINGS BAND OF MIWOK INDIANS;
RED HAWK CASINO; and DOES I
through X, inclusive,

    Defendants.

Case No. 2:10-cv-01419-JAM-GGH

[PROPOSED] ORDER

Filed/Lodged Concurrently
1.   Opposition to Motion to Dismiss

Date:  October 20, 2010
Time:  9:30 am
Place:  Courtroom 6
Judge:  Hon. John A. Mendez

After considering the briefs filed in support of and opposing Defendant Lakes Entertainment, Inc.'s, Motion to Dismiss, the Court hereby finds that Plaintiff's allegations are sufficiently pled and state a cause of action that is viable in this Court. Plaintiff's allegations, while perhaps not naming individuals or other employees, sufficiently outlines Plaintiff's claim, and Defendant Lakes

///

///

///

---

[Proposed] Order on Plaintiff's Opposition to Motion to Dismiss

1

1
2  Entertainment, Inc., may properly respond to such allegations of fact. Accordingly, the Motion to
3  Dismiss is hereby DENIED.
4       DATED this 20th day of October 2010.
5
6                                            _____
                                             United States District Judge
7  Submitted by:
8
9
10 _____
   John D. Moore, Esq.
11 California State Bar No. 239407
   LAW OFFICES OF MICHAEL B. SPRINGER, PC
12 9628 Prototype Court
   Reno, Nevada 89523
13 (775) 786-7445 telephone
   (775) 786-7947 fax
14 jdmoore@springerlawnevada.com
   Attorney for Plaintiff Norman Meyerson
15

[Proposed] Order on Plaintiff's Opposition to Motion to Dismiss

2

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | Pursuant to FRCP 5(b), I certify that I am an employee of the Law Offices of Michael B. |
| 3 | Springer, PC, and that on the 5th day of October, 2010, I caused the foregoing document to be |
| 4 | served on all parties to this action by: |
| 5 | __X__ E-Service via the Court's CM/ECF filing system |
| 6 | _____ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada. |
| 7 |  |
| 8 | _____ personal delivery |
| 9 | _____ facsimile (fax) |
| 10 | _____ Federal Express/UPS or other overnight delivery |
| 11 | _____ Reno/Carson Messenger Service |
| 12 | to the following: |
| 13 | Kent Jeffrey Schmidt, Esq.<br>Mandana Massoumi, Esq. |
| 14 | Dorsey & Whitney LLP<br>38 Technology Drive, Suite 100 |
| 15 | Irvine, CA 92618<br>Attorneys for Lakes Entertainment, Inc. |
| 16 | Damon E. Schramm, Esq. |
| 17 | Lakes Entertainment, Inc.<br>130 Cheshire Lane, Suite 101 |
| 18 | Minnetonka, MN 55305<br>Attorney for Lakes Entertainment, Inc. |
| 19 | Michelle LaPena, Esq. |
| 20 | AmyAnn Taylor, Esq.<br>LaPena Law Corporation |
| 21 | 2331 Capitol Avenue<br>Sacramento, CA 95816 |
| 22 | Attorneys for Shingle Springs Band<br>of Miwok Indians; Red Hawk Casino |
| 23 |  |
| 24 | _____<br>Geneviève DeLucchi |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |

[Proposed] Order on Plaintiff's Opposition to Motion to Dismiss

3