PAULA M. YOST (State Bar No. 156843)
paula.yost@snrdenton.com
IAN R. BARKER (State Bar No. 240223)
ian.barker@snrdenton.com
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
SHINGLE SPRINGS BAND OF MIWOK
INDIANS and RED HAWK CASINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN MEYERSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LAKES ENTERTAINMENT, INC., a Minnesota Corporation; SHINGLE SPRINGS BAND OF MIWOK INDIANS; RED HAWK CASINO and DOES 1 through X, inclusive,<br><br>　　　　Defendants. | No. 2:10-CV-01419-JAM-GGH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:　　Hon. John A. Mendez |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE. Each side shall bear its own fees and costs.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: February 17, 2011 | LAW OFFICES OF MICHAEL B. SPRINGER |

By:   /s/  John D. Moore  (authorized Feb. 15, 2011)
      John D. Moore

Attorney for Plaintiff
NORMAN MEYERSON

DATED: February 17, 2011   DORSEY & WHITNEY LLP

By:   /s/  Kent J. Schmidt  (authorized Feb. 3, 2011)
      Kent J. Schmidt

Attorneys for Defendant
LAKES ENTERTAINMENT, INC.

DATED: February 17, 2011   SNR DENTON US LLP

By:   /s/  Ian R. Barker
      Paula M. Yost
      Ian R. Barker

Attorneys for Defendant
SHINGLE SPRINGS BAND OF MIWOK INDIANS
and RED HAWK CASINO

27362253